UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06-CV-00295

| | |
|---|---|
| **Furniture Distributors, Inc. d/b/a Kimbrell's,** <br><br>  Plaintiff, <br><br> v. <br><br> **Voyager Life Insurance Company and Assurant, Inc.,** <br><br>  **Defendants.** | **ORDER ADMITTING FRANK G. BURT TO PRACTICE** *PRO HAC VICE* |

Pursuant to Local Rule 83.1(d) and for good cause shown, the motion of Defendants for admission *pro hac vice* of Frank G. Burt of the law firm of Jorden Burt, LLP of Miami, Florida is hereby **GRANTED.**

Signed: August 24, 2006

_____
David C. Keesler
United States Magistrate Judge