IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06 CV 295

| | | |
|---|---|---|
| FURNITURE DISTRIBUTORS, INC, d/b/a KIMBRELL'S | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| VOYAGER LIFE INSURANCE CO., | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **March 29, 2007** prepared to summarize the status of this case and to argue any pending motions, including "Defendant ...Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)" (Document No. 8) filed September 20, 2006. The parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **March 29, 2007** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: February 16, 2007

David C. Keesler
United States Magistrate Judge