UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-cv-295

| | |
|---|---|
| Furniture Distributors, Inc. d/b/a Kimbrell's, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>Voyager Life Insurance Company, )<br>)<br>    Defendant. )<br>_____ ) | **ORDER** |

**THIS CAUSE** coming on to be heard and being heard before the undersigned Judge of the United States District Court for the Western District of North Carolina, Charlotte Division, upon the parties' Consent Motion to Substitute Parties;

**AND IT FURTHER APPEARING TO THE COURT** that on July 21, 2006, Kimbrell's Distributors, Inc. d/b/a Kimbrell's ("Kimbrell's") filed a lawsuit against Voyager Life Insurance Company ("Voyager") alleging claims of bailment, money had and received/unjust enrichment, and conversion;

**AND IT FURTHER APPEARING TO THE COURT** that at the time Kimbrell's filed the lawsuit, it believed that Voyager was a proper party to the suit and a real party in interest;

**AND IT FURTHER APPEARING TO THE COURT** that on April 1, 2004, Voyager merged with American Bankers Life Assurance Company of Florida ("American Bankers") and American Bankers was the surviving corporate entity;

**AND IT FURTHER APPEARING TO THE COURT** that counsel for Kimbrell's, Voyager, and American Bankers have conferred and agreed that American Bankers Life Assurance Company of Florida is a proper party to this lawsuit and a real party in interest in this lawsuit and, therefore, is a proper Defendant;

**NOW, THEREFORE** it is **ORDERED, ADJUDGED AND DECREED** that the Consent Motion to Substitute Parties is **GRANTED** and American Bankers Life Assurance Company of Florida is hereby substituted for Voyager Life Insurance Company as a Defendant in this case.

Signed: June 21, 2007

David C. Keesler
United States Magistrate Judge

EE:00061145.

We Consent:

   s/   Fenton T. Erwin, Jr.
Fenton T. Erwin, Jr.
State Bar No. 1357
ERWIN AND ELEAZER, P.A.
831 East Morehead Street, Suite 840
Charlotte, NC 28202
Telephone: 704-369-7900
Facsimile: 704-335-5433
Email: ferwin@eelaw.net
*Attorneys for Plaintiff Furniture Distributors, Inc. d/b/a Kimbrell's*

   s/   Mark W. Merritt
Mark W. Merritt
State Bar No. 12198
Everett J. Bowman
State Bar No. 9132
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon St., Suite 190
Charlotte, North Carolina 28246
Telephone: 704-377-2536
Facsimile: 704-378-4000
Email: mmeritt@rbg.com
ebowman@rbh.com
*Attorneys for American Bankers Life Assurance Company of Florida and Defendant Voyager Life Insurance Company*