UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06-CV-00295-DCK

| | |
|---|---|
| **Furniture Distributors, Inc. d/b/a Kimbrell's,**<br><br>　　Plaintiff,<br><br>v.<br><br>**Voyager Life Insurance Company and Assurant, Inc.,**<br><br>　　Defendants. | ORDER ADMITTING<br>APRIL H. GASSLER TO PRACTICE<br>*PRO HAC VICE* |

Pursuant to Local Rule 83.1(d) and for good cause shown, the motion of Defendants for admission *pro hac vice* of April H. Gassler of the law firm of Jorden Burt, LLP of Washington, DC is hereby **GRANTED.**

　　　　　　　　　　　　　　　　Signed: September 10, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　　　　United States Magistrate Judge