# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:06-cv-295-DCK

| | |
|---|---|
| FURNITURE DISTRIBUTORS, INC., d/b/a Kimbrell's, | ) ) ) |
| Plaintiff, | ) **O R D E R** |
| v. | ) ) |
| AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA, | ) ) ) |
| Defendant. | ) ) |

**THIS CAUSE** coming on to be heard and being heard before the undersigned Judge of the United States District Court for the Western District of North Carolina, Charlotte Division, upon the parties' Consent Motion to Continue the Deadlines for Dispositive Motions and Mediation;

**AND IT APPEARING TO THE COURT** that the parties intend to hold a mediation in mid-January 2008 and request that the Court continue the deadline for mediation and corresponding report until February 1, 2008;

**AND IT FURTHER APPEARING TO THE COURT** that if the mediation is unsuccessful, the parties intend to file dispositive motions and ask the court to continue the deadline for dispositive motions until March 21, 2008.

**NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that the Consent Motion to Continue the Deadlines for Dispositive Motions and Mediation is **GRANTED** and the deadline for mediation and corresponding report is **February 1, 2008** and the deadline for dispositive motions is **March 21, 2008**.

EE:00064061.

Signed: November 30, 2007

_____
David C. Keesler
United States Magistrate Judge

*WE CONSENT:*

/s/ Fenton T. Erwin, Jr.

Fenton T. Erwin, Jr.

Counsel for Plaintiff

Erwin and Eleazer, P.A.

831 E. Morehead St., Suite 840

Charlotte, NC 28202

Tel: 704.369.7900

Fax: 704.335.5433

Email: ferwin@eelaw.net

/s/ Mark W. Merritt

Mark W. Merritt

Counsel for Defendant

Robinson Bradshaw & Hinson, P.A.

101 N. Tryon St., Suite 1900

Charlotte, NC 28246

Tel: 704.377.2536

Fax: 704.378.4000

Email: mmerritt@rbh.com

/s/ Frank Burt

Frank G. Burt

Counsel for Defendant

Jorden Burt, LLP

1025 Thomas Jefferson Street, NW

Suite 400 East

Washington, DC 20007-0805

Tel: 202.965.8140

Fax: 202.965.8104

Email: fgb@jordenusa.com